[No. 22331-3-I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES KENNETH BARRIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-04435-8, Sharon S. Armstrong, J., entered May 18, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22674-6-I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL H. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-00888-1, Frank H. Roberts, Jr., J., entered July 15, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield and Pekelis, JJ.

[No. 23084-1-I. Division One. January 29, 1990.]

JOHN R. GOUCHER, *Appellant*, v. ARROW TRANSPORTATION COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-17001-2, Edward Heavey, J., entered September 16, 1988. *Reversed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Webster and Pekelis, JJ.

[No. 21830-1-I. Division One. January 29, 1990.]

NORMAN THOMPSON, ET AL, *Appellants*, v. THE UNIVERSITY OF WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 85-2-20320-8, Frank D. Howard, J., entered December 14, 1987. *Dismissed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Webster, J.